IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**AARON MICHAEL SHEETS**                                                                 **PLAINTIFF**

V.                              **CASE NO. 5:24-CV-5073**

**DETECTIVE JOHN MACKEY;**
**DETECTIVE GUILLERMO SANCHEZ;**
**DETECTIVE MORGAN ABERNATHY;**
**and DETECTIVE JOSH COOKINHAM**                                                 **DEFENDANTS**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 69) filed on July 3, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. More than 14 days have passed, and no party has filed objections to the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is **ADOPTED IN FULL**. Accordingly, Defendants' Motion for Summary Judgment (Doc. 50) is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 22nd day of July, 2025.

> */s/ Timothy L. Brooks*
> TIMOTHY L. BROOKS
> UNITED STATES DISTRICT JUDGE