IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**AARON MICHAEL SHEETS**                                                                 **PLAINTIFF**

V.                              **CASE NO. 5:24-CV-5073**

**DETECTIVE JOHN MACKEY;**
**DETECTIVE GUILLERMO SANCHEZ;**
**DETECTIVE MORGAN ABERNATHY;**
and **DETECTIVE JOSH COOKINHAM**                                                   **DEFENDANTS**

## JUDGMENT

For the reasons set forth in the Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE** on summary judgment.

**IT IS SO ORDERED AND ADJUDGED** on this 22nd day of July, 2025.

>                                               */s/ Timothy L. Brooks*_____
>                                                TIMOTHY L. BROOKS
>                                                UNITED STATES DISTRICT JUDGE